# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of November, two thousand and thirteen.

Before:	Richard C. Wesley,
		*Circuit Judge*.
_____

Bettina M. Whyte, a Trustee of the SemGroup Litigation Trust,

      **ORDER**
Plaintiff-Appellant,      Docket No. 13-2653

v.

Barclays Bank PLC, Barclays Capital, Inc.,

Defendants-Appellees.
_____

Docket Nos. 13-3992(L)
13-3875(XAP)
In Re: Tribune Company Fraudulent Conveyance Litigation
13-4178(XAP)
13-4196(XAP)

_____

The Appellants in docket no. 13-3992(L) have filed a motion to have the above-referenced appeals heard in tandem and to expedite briefing in docket no. 13-3992(L).

IT IS HEREBY ORDERED that the motion is GRANTED.  The parties in 13-3992(L) are directed to comply with the following briefing schedule:

Appellants' principal brief and the appendix are due November 14, 2013;
Any amicus briefs in support of the Appellants are due on November 21, 2013;
Appellees' principal and response brief is due December 23, 2013;
Any amicus briefs in support of the Appellees are due on December 30, 2013;
Appellants' response and reply brief is due January 17, 2014;
Appellees' reply brief is due on January 31, 2014.

The appeals shall be heard as early as the week of February 10, 2014, subject to the approval of the presiding judge.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

