UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of November, two thousand and thirteen.

Before:　　Richard C. Wesley,
　　　　　　　　*Circuit Judge*.

_____

| | |
|---|---|
| Bettina M. Whyte, a Trustee of the SemGroup Litigation Trust, | **AMENDED ORDER** |
| Plaintiff-Appellant, | Docket No. 13-2653 |
| v. | |
| Barclays Bank PLC, Barclays Capital, Inc., | |
| Defendants-Appellees. | |

_____

| | |
|---|---|
| | Docket Nos. 13-3992(L) |
| | 13-3875(XAP) |
| In Re: Tribune Company Fraudulent Conveyance Litigation | 13-4178(XAP) |
| | 13-4196(XAP) |

_____

The Appellants in docket no. 13-3992(L) have filed a motion to have the above-referenced appeals heard in tandem.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court